IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| TERI C.,[1] | |
| Plaintiff, | |
| v. | 2:24-CV-223-Z-BU |
| LELAND DUDEK, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the Magistrate Judge, advising the Court that Defendant's Unopposed Motion to Remand (ECF No. 19) should be granted pursuant to sentence four of 42 U.S.C. Section 405(g). ECF No. 20.

The Court has reviewed the FCR for clear error and finds none. It is therefore **ORDERED** that the Magistrate's FCR (ECF No. 20) is **ADOPTED**. Accordingly, the Court **GRANTS** Defendant's Motion (ECF No. 19), **REVERSES** this case, and **REMANDS** it to the Commissioner for further administrative action.

**SO ORDERED.**

May 15, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, Plaintiff is identified only by first name and last initial.