IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TERI C.,[1]

       Plaintiff,

v.                                                    2:24-CV-223-Z-BU

FRANK BISIGNANO,
Commissioner of Social Security

       Defendant.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendations ("FCR") of the magistrate judge, advising the Court that Plaintiff's Motion for Attorney Fees Under 42 U.S.C. Section 406(b) ("Motion") (ECF No. 25) should be granted. ECF No. 26. The Commissioner "neither supports nor opposes" Plaintiff's Motion. ECF No. 25-1 at 1. No objections to the FCR have been filed.

Plaintiff requests an award of $17,102.98—twenty five percent of the total back benefit to which Plaintiff is entitled—in attorney's fees under 42 U.S.C. Section 406(b). ECF No. 25 at 2–3. The magistrate judge concluded that this amount is reasonable and should be awarded. ECF No. 26 at 3–5. Plaintiff's attorneys were previously awarded $10,000 in attorney's fees under the Equal Access to Justice Act ("EAJA"). ECF No. 24. Attorney's fee awards may be awarded under both the EAJA and Section 406(b), "but the claimant's attorney must refund to the claimant the amount of the smaller fee." *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) (internal marks omitted). Plaintiff's counsel proposes

---

[1] Due to concerns regarding the privacy of sensitive personal information available to the public through opinions in Social Security cases, Plaintiff is identified only by first name and last initial.

reducing the instant Section 406(b) award by $10,000—the amount previously awarded under the EAJA—to account for this refund. ECF No. 25 at 3. The magistrate judge noted that courts discourage this approach, because it shifts the responsibility of returning the EAJA award from counsel to the Commissioner. ECF No. 26 at 5; *see also McGraw v. Barnhart*, 450 F.3d 493, 497 n.2 (10th Cir. 2006). Thus, the magistrate judge recommends awarding the full Section 406(b) award of $17,102.98, and further ordering Plaintiff's attorneys to promptly return to Plaintiff the $10,000 previously awarded under the EAJA. ECF No. 26 at 5–6.

The Court has reviewed the FCR for clear error and finds none. It is therefore **ORDERED** that the magistrate judge's FCR (ECF No. 26) is **ADOPTED**. Accordingly, the Court **GRANTS** Plaintiffs Motion (ECF No. 25) and **AWARDS** Plaintiff attorney's fees in the amount of $17,102.98 under 42 U.S.C. Section 406(b), to be certified and disbursed by the Commissioner.[2] The Court further **ORDERS** Plaintiff's counsel to promptly return to Plaintiff the $10,000.00 attorney fee previously awarded under the EAJA.

**SO ORDERED.**

June _5_, 2026

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[2] This Award is to be paid directly to Plaintiff's counsel.